WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Allahyar Razaimalek,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Tucson, a body politic; and DM Federal Credit Union,<br><br>　　　　Defendants. | CV 04-34 TUC DCB<br><br>**O R D E R** |

On January 9, 2006, the Honorable Glenda E. Edmonds, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action. The Recommendation advised the Court to grant the Defendant's Motion for Summary Judgment in part as to Count 3 because Plaintiff cannot prove the City has a policy, practice or custom that resulted in violations of his civil rights. She recommended denying summary judgment on Defendant's state law claims of false arrest and false imprisonment. Alternatively, she recommended remanding the state law claims to the state court for adjudication because the law is not well developed at the state level so this Court should defer to the state courts in the interest of judicial economy, convenience, fairness and comity.

The parties were sent copies of the Recommendation and instructed that, pursuant to 28 U.S.C. § 636(b), they had 10 days to file written objections to the Recommendation. *See also,* Federal Rule of Civil Procedure 72(b) (party objecting to the recommended disposition has ten (10) days to file specific, written objections). To date, no such objections have been filed.

Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those portions of the Report and Recommendation to which there are objections. 28 U.S.C. §

636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.") To the extent that no objection has been made, arguments to the contrary have been waived. *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation).

The Court considers the Recommendation to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989). The Recommendation shall, therefore, be accepted pursuant to 28 U.S.C. § 636(b)(1). The Court adopts the recommendation of the Magistrate Judge as the opinion of the Court. For the reasons stated in the Recommendation, the Court grants summary judgment for the City of Tucson on Plaintiffs' civil rights claim and remands the state law claims to the state court for adjudication.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation [Doc. # 84] is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Motion for Summary Judgment (document 68) is GRANTED IN PART as to Count 3 and DENIED IN PART as to Counts 1 and 2.

**IT IS FURTHER ORDERED** that this matter is REMANDED to the Superior Court of Arizona, Pima County.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

DATED this 3rd day of February, 2006.

*cc: Clerk, Superior Court/cjs 2/3/06*

David C. Bury
United States District Judge